DENNIS K. BURKE
United States Attorney
District of Arizona

LON R. LEAVITT
Assistant United States Attorney
Utah State Bar No. 11245
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Lon.R.Leavitt@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Gordon L. Hall,<br><br>　　　　Respondent. | **PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

　　　　The United States of America, by and through Lon R. Leavitt, Assistant United States Attorney, alleges as follows:

　　　　1.　　This action is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service Summons issued to Respondent Gordon L. Hall ("Mr. Hall").

　　　　2.　　Jennifer Pardue is a duly commissioned revenue officer employed in the Small Business/Self-Employed – Western Area of the office of the Area Director of the Internal Revenue Service at 1818 East Southern Avenue, MS: 5117, Mesa, Arizona 85204, and is authorized to issue Internal Revenue Service Summons (Form 6637) pursuant to the authority contained in 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Delegation Order No. 4 (as revised). Declaration of Revenue Officer Jennifer Pardue ("Pardue Dec."), attached hereto and incorporated herein by reference as Exhibit A, at ¶¶ 1-2 and 4.

3. Mr. Hall resides in the State of Arizona and is within the jurisdiction of this Court. Pardue Dec. at ¶ 5.

4. At the time the Summons was issued, Revenue Officer Pardue was and presently is assigned to investigate Mr. Hall's federal tax liabilities for the yearly tax periods ending December 31, 1996, and December 31, 1997 ("the tax periods at issue"). Pardue Dec. at ¶ 3.

5. On December 16, 2009, in furtherance of the investigation described in paragraph 4, above, Revenue Officer Pardue issued an Internal Revenue Service Summons to Mr. Hall to testify and to produce for examination the books, records, papers, and other data relating to the investigation of the tax periods at issue as more specifically described in the Summons. A true and correct copy of the Summons is attached to Revenue Officer Pardue's Declaration as Exhibit 1. Pardue Dec. at ¶ 6.

6. In accordance with 26 U.S.C. § 7603, on December 16, 2009, Revenue Officer Pardue personally served by hand-delivery an attested copy of the Internal Revenue Service Summons described in paragraph 5, above, on Mr. Hall, as evidenced in the certificate on the second page of the Summons. Pardue Dec. at ¶ 7.

7. The Summons directed Mr. Hall to appear before an officer of the Internal Revenue Service on December 29, 2009, to testify and to produce for examination books, records, papers, and other data as more specifically described in the Summons. Pardue Dec. at ¶ 7.

8. On December 29, 2009, Mr. Hall failed to appear and comply with the Summons, and his refusal to comply in full with the Summons continues to the present time. Pardue Dec. at ¶ 8.

9. The testimony, books, papers, records, and other data sought by the Summons are in Mr. Hall's possession and control and will be used to identify the means for collecting Mr. Hall's federal tax liabilities for the tax periods at issue. Pardue Dec. at ¶ 9.

10. The testimony and information sought by the Summons are not already in the possession of the Internal Revenue Service. Pardue Dec. at ¶ 10.

. . .

1    11.    All administrative steps required by the Internal Revenue Code for the issuance of the Summons have been taken. Pardue Dec. at ¶ 11.

12.    As of the date of the Declaration, there has not been a referral, pursuant to 26 U.S.C. § 7602(d), of Mr. Hall to the Department of Justice for the tax periods at issue. Pardue Dec. at ¶ 12.

13.    It is necessary to obtain the testimony and to examine the books, papers, records, and other data sought by the Summons in order to determine the collectability of Mr. Hall's federal tax liabilities for the tax periods at issue. Pardue Dec. at ¶ 13.

WHEREFORE, the United States respectfully prays:

A.    That the Court issue an order directing Mr. Hall to show cause, if any, why he should not be compelled to comply with the Internal Revenue Service Summons served upon him with respect to the tax periods at issue;

B.    That the Court enforce the Summons issued to Mr. Hall, require complete compliance with the Summons, direct Mr. Hall to obey the Summons served upon him, and order his attendance and testimony and the production of the books, records, papers, and other data as required by the terms of the Summons before Revenue Officer Jennifer Pardue, or to any other proper officer or employee of the Internal Revenue Service, at such time as may be fixed by the Court;

C.    That the Court enter a final judgment and enforcement order;

D.    That the Court award the United States its attorney's fees and costs; and

E.    That the Court grant such other and further relief as is just and proper.

Respectfully submitted this 8th day of February, 2010.

> DENNIS K. BURKE
> United States Attorney
> District of Arizona
>
> /s/ Lon R. Leavitt
>
> LON R. LEAVITT
> Assistant United States Attorney