# EXHIBIT A

DENNIS K. BURKE
United States Attorney
District of Arizona

LON R. LEAVITT
Assistant United States Attorney
Utah Bar No. 11245
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Lon.R.Leavitt@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Petitioner, | ) |
| v. | ) **DECLARATION OF REVENUE** |
| Gordon L. Hall, | ) **OFFICER JENNIFER PARDUE** |
| Respondent. | ) |

I, Jennifer Pardue, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed – Western Area of the office of the Area Director of the Internal Revenue Service at 1818 East Southern Avenue, MS: 5117, Mesa, Arizona 85204.

2. The name Jennifer Pardue is a pseudonym registered with the Internal Revenue Service.

3. In my capacity as a revenue officer, I am conducting an investigation into the tax liabilities of Gordon L. Hall for the yearly tax periods ending December 31, 1996, and December 31, 1997 ("the tax periods at issue").

-1-

4.    I am authorized to issue an Internal Revenue Service Summons (Form 6637) under the authority of section 7602 of Title 26, U.S.C.; Treas. Reg. § 301.7602-1; and Internal Revenue Service Delegation Order No. 4 (as revised).

5.    Gordon L. Hall resides at 1634 East Canyon Creek Drive, Gilbert, Arizona 85296.

6.    In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., on December 16, 2009, I issued an Internal Revenue Service Summons to Gordon L. Hall, to give testimony and to produce for examination books, papers, records, and other data as described in said Summons. A true and correct copy of the Summons is attached as Exhibit 1.

7.    In accordance with section 7603 of Title 26, U.S.C., on December 16, 2009, I personally served an attested copy of the Internal Revenue Service Summons described in paragraph 6 above on Gordon L. Hall as evidenced in the certificate of service on the second page of the Summons. The Summons directed Gordon L. Hall to appear before an officer of the Internal Revenue Service on December 29, 2009, to testify and to produce for examination books, papers, records, and other data relating to the collection of the tax liabilities more specifically described in the Summons.

8.    On December 29, 2009, Gordon L. Hall failed to appear and comply with the Summons, and his refusal to comply with the Summons continues to the date of this declaration.

9.    The summoned information is in the possession and control of the summoned party and will be used to identify the means for collecting the federal tax liability of Gordon L. Hall for the tax periods at issue.

10.    The testimony, books, papers, records, and other data sought by the Summons are not already in the possession of the Internal Revenue Service.

11.    All administrative steps required by the Internal Revenue Code for issuance of the Summons have been taken.

12. As of the date of this Declaration, there has not been a referral, pursuant to 26 U.S.C. § 7602(d), of Gordon L. Hall for the tax periods at issue.

13. It is necessary to obtain the testimony and to examine the books, papers, records, and other data sought by the Summons in order to determine the collectability of the federal tax liabilities of Gordon L. Hall for the tax periods at issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of February, 2010.

Jennifer Pardue
Internal Revenue Officer

# EXHIBIT 1

Case 2:10-mc-00017-FJM   Document 1-1   Filed 02/09/10   Page 5 of 7



# Summons

## Collection Information Statement

In the matter of  GORDON L HALL,  1634 E CANYON CREEK DR,  GILBERT, AZ  85296
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 6 (26)
Periods:  Form 1040 for the calendar periods ending December 31, 1996 and December 31, 1997

The Commissioner of Internal Revenue

**To:**  GORDON L HALL
**At:**  1634 E CANYON CREEK DR,  GILBERT, AZ  85296

You are hereby summoned and required to appear before JENNIFER PARDUE, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2009  To 12/15/2009

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

*Do not write in this space*

Business address and telephone number of IRS officer before whom you are to appear:

1818 E SOUTHERN AVE STE 15A,  MS: 5117  PARDUE,  MESA   AZ  85204  (480) 503-7285

Place and time for appearance: At  1818 E SOUTHERN AVE STE 15A,  MS: 5117  PARDUE, MESA, AZ  85204

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  29th  day of  December , 2009  at  1:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this **16th**   day of **December** , **2009**

JENNIFER PARDUE
*Signature of issuing officer*

REVENUE OFFICER
*Title*

_____
Signature of approving officer *(if applicable)*

_____
Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12 16 09

Time: 1055 Hours

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature: [signed]

Title: RO

I certify that the copy of the summons served contained the required certification.

Signature: [signed]

Title: RO

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)