# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>v.<br><br>Gordon L. Hall,<br><br>    Respondent. | Misc. No. 10-00017-PHX-FJM<br><br>**ORDER ENFORCING SUMMONS** |

Based upon the petition filed by the United States, the pleadings with respect thereto, the appearances of the parties before the Court and good cause appearing,

IT IS HEREBY ORDERED that enforcement of petitioner's Summons issued to Gordon L. Hall, is hereby granted based upon petitioner having met the <u>United States v. Powell</u>, 379 U.S. 48 (1964) criteria for Summons enforcement and respondent having failed to demonstrate that such enforcement would constitute an abuse of the Court's process or that the Summons was issued by the Internal Revenue Service for an improper purpose, and

IT IS FURTHER ORDERED that Respondent Gordon L. Hall, shall produce documents and testimony required in the Summons within forty-five (45) days of the date of this Order Enforcing Summons to the Revenue Officer Jennifer Pardue at 1818 E. Southern Avenue, Suite 15  MS 5117 – Pardue, Mesa, AZ 85204, or Respondent shall contact Revenue Officer Jennifer Pardue at (480) 503-7285 to arrange the time and place

to produce documents and testimony required in the Summons within fifteen (15) days of the date of this order, and

IT IS FURTHER ORDERED that Respondent may comply with this order by providing the testimony, and all books, records, papers and other data relating to the tax liability of Gordon L. Hall, or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning Gordon L. Hall, for the yearly tax periods ending December 31, 1996, and December 31, 1997, to include but not limited to:

1) All documents and records in the possession or control of Gordon L. Hall regarding assets, liabilities, or accounts held in the name of Gordon L. Hall, or for the benefit of Gordon L. Hall, or in which Gordon L. Hall wholly or partially owns, or in which Gordon L. Hall has a security interest or any interest. These records and documents include but are not limited to all bank statements, checkbooks, canceled checks, saving account passbooks, records, or certificates of deposit for the period January 1, 2009, to December 15, 2009; and

2) All current vehicle registration certificates, deeds, or contracts regarding real property, stocks and bonds, accounts, notes, and judgments receivable, and all life or health insurance policies.

IT IS FURTHER ORDERED that respondent's non-compliance with the terms and conditions of this order may serve as grounds for a finding of contempt against him and an issuance of a bench warrant for his arrest.

Dated this 22nd day of October, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge