AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 10-MC-17-PHX-FJM |
| Gordon L. Hall | ) |
| *Defendant* | ) |

RECEIVED
U S MARSHALS SERVICE
FILED DIST - AZ PHOENIX
RECEIVED        COPY
2011 FEB 25  AM 10: 02
APR 0 1 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Gordon L. Hall ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

Failure to appear at Show Cause Hearing on 2/24/2011 before Judge Martone.

Date:  2/25/2011                                                      _____
                                                                                        *Issuing officer's signature*

City and state:   Phoenix, Arizona                              RICHARD H. WEARE, CLERK
                                                                                        *By Kerry Reynolds, Deputy Clerk*

---

### Return

This warrant was received on *(date)* 2/25/11 , and the person was arrested on *(date)* 3/29/11
at *(city and state)* Gilbert, AZ .

Date:  3/30/11

_____
*Arresting officer's signature*

Brian Powell, DUSM
*Printed name and title*