DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
331 N. First Avenue
Suite 108
Phoenix, Arizona 85003
Arizona State Bar No.  017218
Telephone:  (602) 452-2932
Email: david.eisenberg@azbar.org

Attorney for Respondent Gordon L. Hall

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | MC 10-00017-PHX-FJM |
| Plaintiff, | |
| v. | **RESPONDENT'S NOTICE OF POSTING BOND** |
| Gordon L. Hall, | |
| Defendant. | |

The Respondent Gordon L. Hall, by and through undersigned counsel, respectfully gives notice that he is posting bond in the form of $50,000 cash pursuant to the Order of the Court dated March 30, 2011.  (Doc. 56.)

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Respondent Gordon L. Hall

I hereby certify that on April 13, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert K. Lu, Esq.
Assistant U. S. Attorney
Counsel for The United States

*s/ David Eisenberg*
David Eisenberg