```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      APR 1 9 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,  ]
                Plaintiff, ]
                           ]   CASE NO: MC 10-0017-PHX
        vs                 ]                    FJM
                           ]   AFFIDAVIT
   Gordon L. Hall          ]
                           ]   RE:  APPEARANCE BOND
                Defendant. ]
                           ]   (CASH SECURITY)

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, Trent Schureman, on oath say that the $50,000 cash deposited as security on the foregoing bond is owned by me and is to be returned to me upon exoneration of the bond.

I hereby subject said fund to the provisions of LRCrim 46.2 and consent and agree that in the case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten (10) days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to and subscribed before me
this 19 day of April, 2011        _____
                                    Signature of Owner
_____           of Cash Security
Signature of Deputy Clerk

RECEIPT NUMBER: Phx108620