UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>  v.<br>Gordon L. Hall,<br><br>        Defendant. | MC 10-00017-PHX-FJM<br><br>**ORDER PERTAINING TO RELEASE OF PASSPORT** |

The Court directed in its Order of April 19, 2011, concerning the Respondent's release conditions that he surrender his passport pending the outcome of a hearing concerning his compliance with the Court's Order of October 22, 2010 (*see*, Doc. 30), enforcing the summons of the Internal Revenue Service. (Doc. 72) A hearing was held on May 2, 2011, to determine whether the Respondent had complied with the Order. At the hearing the Court was informed by counsel for the United States that the Respondent had complied. Accordingly, the Court released the Respondent without further conditions. (Doc. 77)

Therefore, it is hereby

ORDERED that the Clerk of the Court is directed to release the Respondent's passport to him or his counsel.

DATED this 4th day of May, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge